MATEO ARJENTO, an Infant under the Age of Fourteen Years, by His Guardian

ad Litem, ROSARIO ARJENTO, Respondent, v. LOUIS MAYERSOHN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.